LAW OFFICES OF DELVIS MELÉNDEZ, P.C
90 BRADLEY STREET
BRENTWOOD, NEW YORK, 11717
631-434-1443

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------X
JOYCE DUCK,                                                     Index No: CV 07-2224

                Plaintiff,

  -against-

                                                **STIPULATION**

PORT JEFFERSON SCHOOL DISTRICT.,
EDWARD REILLY, in his former official
capacity as Superintendent of Schools
for the Port Jefferson School District

                Defendants.
---------------------------------X

    **IT IS HEREBY STIPULATED AND AGREED** by the undersigned, counsel for the plaintiff and defendants, that plaintiff may amend her Complaint to add a 42 U.S.C 1983 charge against the Port Jefferson School District. Defendants' consent is without a waiver and is with a full reservation of all defenses, whether asserted by motion or pleading, and whether at law or in equity.

Date: Brentwood, New York
February 5, 2008

DELVIS MELENDEZ, ESQ.                                           CRUSER, MITCHELL AND
                                                                NOVITZ, LLP
                                                                 RONDIENE NOVITZ, ESQ.

Attorney for Plaintiff                                          Attorney for Defendants
90 Bradley Street                                               175 Pinelawn Rd.
Brentwood, New York 11717                                       Melville, New York 11747
/s/                                                             /s/
DELVIS MELÉNDEZ (DM 7975)                                       RONDIENE E. NOVITZ (REN 9577)